UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>A.L. WATERS CAPITAL, LLC<br>ARNETT L. WATERS, and<br>MONETA MANAGEMENT, LLC,<br><br>Defendants,<br>and<br><br>PORT HURON PARTNERS, LLP, and<br>JANET L. WATERS<br><br>Relief Defendants | Case No. 12-CV-10783 |

[~~proposed~~]
# FINAL JUDGMENT AS TO DEFENDANTS ARNETT L. WATERS, A.L. WATERS CAPITAL, LLC, AND MONETA MANAGEMENT, LLC

The Securities and Exchange Commission having filed a Complaint and Defendants Arnett L. Waters, A.L. Waters Capital, LLC, and Moneta Management, LLC, having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

  (a) to employ any device, scheme, or artifice to defraud;

  (b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;  or

  (c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and Defendants agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

  (a) to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Arnett L. Waters and Moneta Management, LLC and their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Sections 206(4) of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-6(4)] and Rule 206-4(8) thereunder [17 C.F.R. §275.206(4)-8)] by, while acting as investment advisers to pooled investment vehicles, directly or indirectly, acting intentionally, knowingly, or recklessly:

(a)     making untrue statements of material fact or omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading to more or more investors in the pooled investment vehicles; or,

(b)     engaging in acts, practices or courses of business that are fraudulent, deceptive, or manipulative with respect to one or more investors or prospective investors in those pooled investment vehicles.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants are jointly and severally liable for disgorgement of $839,000.00 representing profits gained as a result of the conduct alleged in the Complaint. Disgorgement is deemed satisfied by the order of restitution entered against Arnett L. Waters on April 26, 2013 in the related criminal case, <u>United States v. Arnett L. Waters</u>, Criminal No. 12-cr-10336-DJC (District of Massachusetts).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: December 3, 2013

_____
UNITED STATES DISTRICT JUDGE